# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWALT TRUST, INC., ALTERNATIVE LOAN TRUST 2004-18CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-18CB,

Appellant,

vs.

NEVADA SANDCASTLES, LLC,

Respondent.

No. 79749

FILED

APR 02 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## *ORDER*

The parties have filed a stipulation to dismiss this appeal.[1] The stipulation is approved and this appeal is dismissed. The clerk shall issue the remittitur forthwith.

It is so ORDERED.

_____, C.J.

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 23
Akerman LLP/Las Vegas
Ford & Friedman, LLC
The Wright Law Group
Eighth District Court Clerk

---

[1]The Court of Appeals entered an Order of Affirmance in this matter on December 28, 2020.

21-09540